# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| YVETTE BLANCA MORALES, individually, and on behalf of others similarly situated, <br><br><br> Plaintiff, <br><br> vs. <br><br> DVA RENAL HEALTHCARE, INC., a Tennessee corporation; DAVITA, INC., a Delaware corporation; and DOES 1-50, inclusive, <br><br> Defendants. | Case No. 3:26-cv-00935 <br><br> Assigned To: <br> Honorable Jacqueline Scott Corley <br><br> **CLASS ACTION** <br><br> [~~PROPOSED~~] **ORDER RE: JOINT STIPULATION TO TRANSFER ACTION TO THE CENTRAL DISTRICT OF CALIFORNIA** <br><br> Action Filed: November 20, 2025 <br> Date of Removal: January 29, 2026 |

[~~PROPOSED~~] ORDER RE: JOINT STIPULATION TO TRANSFER ACTION TO THE CENTRAL DISTRICT OF CALIFORNIA

## [PROPOSED] ORDER

GOOD CAUSE APPEARING THEREFORE, the Parties' Stipulation [Dkt No. 15] is APPROVED.  This action is hereby transferred to the Central District of California.

**IT IS SO ORDERED.**

Dated: April 16, 2026

_____
Honorable Jacqueline Scott Corley
United States District Court Judge

---

1

[PROPOSED] ORDER RE: JOINT STIPULATION TO TRANSFER ACTION TO THE
CENTRAL DISTRICT OF CALIFORNIA